# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH D. KESTER, | Case No.:  2:23-cv-02606-DJC-AC |
|    Plaintiff, | |
|     v. | **JUDGMENT IN A CIVIL CASE** |
| FORD MOTOR COMPANY, | |
|    Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff KEITH D. KESTER ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 May 20, 2024.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $195,000.00 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

ENTERED:  May 24, 2024	Keith Holland, Clerk of Court

/s/ G. Michel
by G. Michel, Deputy Clerk