# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH D. KESTER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY;<br>FUTURE FORD; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:23-cv-02606-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

　　　　On June 26, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

　　　　The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from June 25, 2024 to August 26, 2024; and

3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are determined and payment satisfied.

IT IS SO ORDERED.

Dated: July 2, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE