# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

KEITH D. KESTER,

    Plaintiff,

vs.

FORD MOTOR COMPANY; and DOES 1 through 10, inclusive

    Defendants.

Case No. 2:23-cv-02606-DJC-AC

District Judge: Daniel J. Calabretta

**ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff KEITH D. KESTER ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed that FORD MOTOR COMPANY will pay $19,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

    Accordingly, the Court hereby enters an ORDER for FORD MOTOR COMPANY to pay Plaintiff $19,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by November 13, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

    **IT IS SO ORDERED.**

Dated: August 23, 2024    /s/ Daniel J. Calabretta
    THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE